IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CALVIN LAMAR MIDDLETON, AIS 201915, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 08-0330-WS-C |
| GRANTT CULLIVER, | : | |
| | : | |
| Respondent. | | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 4, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 22nd day of February, 2011.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**