# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CALVIN LAMAR MIDDLETON,<br>AIS 201915, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 08-0330-WS-C |
| | : | |
| GRANTT CULLIVER, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd day of February, 2011.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**